## AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:25-CV-01403                                    Date Filed: 2/20/2025

Plaintiff: **Nia Rudasill, Eileen Gillis, Michael Schlem, and Robert Vuoto,
individually and as representatives of a class similarly situated
persons, on behalf of the Swiss Re Group U.S. Employees' Savings
Plan,**
vs.
Defendant: **Swiss Re American Holding Corporation et al.**

For:
Rania Sedhom
Sedhom Law Group, Pllc
630 Fifth ave
Ste 2508
New York, NY 10111

Received by Nicoletti & Harris to be served on **Philip K. Ryan, 1301 Avenue of the Americas, New York,
NY 10019**.

I, Alex Colon, being duly sworn, depose and say that on the **4th day of March, 2025** at **1:22 pm, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil
Action with Class Action Complaint and Jury Trial Demand** with  **Jeane Connly** the **AVP/ Authorized
to Accept**, at **1301 Avenue of the Americas, Lobby, New York, NY 10019**, the said premises being the
respondent's place of **Work** within the State of New York.  Deponent completed service by mailing a true
copy of the **Summons in a Civil Action with Class Action Complaint and Jury Trial Demand** in a
postpaid envelope addressed to: **1301 Avenue of the Americas, Lobby, New York, NY 10019** and
bearing the words "Personal & Confidential" by First Class Mail on **3/4/2025** and placed in an official
depository of the U.S.P.S. in the State of New York

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United
States of America.

**Perceived Description** of Person Served: Age: 50, Gender: F, Race: White, Height: 5'7", Weight: 200, Hair:
Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.



**Alex Colon**
2119478

**Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448**

Our Job Serial Number: NHI-2025004508



PRIORITY MAIL

US POSTAGE (PB) PITNEY BOWES

ZIP 10013
02 7H
0006123144

$ 010.50

MAR 04 2025

Nicoletti & Harris, Inc.
101 Avenue of the Americas, 9th Floor
New York, New York 10013

Philip K. Ryan
1301 Avenue of the Americas
New York, NY 10019

*PERSONAL*
CONFIDENTIAL