**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIA RUDASILL, EILEEN GILLIS, MICHAEL SCHLEM and ROBERT VUOTO, individually and as representatives of a class of similarly situated persons, on behalf of the SWISS RE GROUP U.S. EMPLOYEES' SAVINGS PLAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>SWISS RE AMERICAN HOLDING CORPORATION, THE BOARD OF DIRECTORS OF THE SWISS RE AMERICAN HOLDING CORPORATION, PHILIP K. RYAN, LARRY ZIMPLEMAN, THE SWISS RE AMERICAN HOLDING CORPORTION EMPLOYEE PENSION PLAN COMMITTEE, GREAT-WEST LIFECO INC., GREAT-WEST LIFECO U.S. LLC, EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA, EMPOWER RETIREMENT, LLC, EMPOWER TRUST COMPANY, LLC, and DOES NO. 1-10, whose names are currently unknown,<br><br>*Defendants*. | Case No. 1:25-cv-01403-ALC<br><br>Judge Andrew L. Carter, Jr.<br><br><br><br>**Notice of Voluntary Dismissal** |

Plaintiffs Nia Rudasill, Eileen Gillis, Michael Schlem, and Robert Vuoto, by their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss, with prejudice, their Complaint against defendants Great-West LifeCo Inc., Great-West LifeCo U.S. LLC, Empower Annuity Insurance Company of America, and Empower Trust Company, LLC.

- 2 -

Dated: May 8, 2025
      New York, NY

Respectfully submitted,
**Sedhom Law Group, PLLC**


By: /s/ Danielle M. Peterford

Danielle M. Peterford (6006506)
630 Fifth Avenue, Suite 2508
New York, NY 10111
212-664-1600 (tel.)
212-563-9280 (fax)
dpeterford@bespokelawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*