# EXHIBIT 1

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), and 6058(a) of the Internal Revenue Code (the Code). | |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | **2009** |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2009 or fiscal plan year beginning  01/01/2008                    and ending  12/31/2008

**A** This return/report is for:  ☐ a multiemployer plan;  ☐ a multiple-employer plan; or
☒ a single-employer plan;  ☐ a DFE (specify) ___

**B** This return/report is:  ☐ the first return/report;  ☐ the final return/report;
☒ an amended return/report;  ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☒ Form 5558;  ☐ automatic extension;  ☐ the DFVC program;
☐ special extension (enter description)

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

| **1a** Name of plan | **1b** Three-digit plan number (PN) ▶ | 002 |
|---|---|---|
| SWISS RE GROUP U.S. EMPLOYEES SAVINGS PLAN | **1c** Effective date of plan 09/12/1972 | |

| **2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.) | **2b** Employer Identification Number (EIN) 13-2761364 |
|---|---|
| SWISS RE AMERICA HOLDING CORPORATION | **2c** Sponsor's telephone number 914-828-8506 |
| 175 KING STREET ARMONK, NY 10504-1606          175 KING STREET ARMONK, NY 10504-1606 | **2d** Business code (see instructions) 524290 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 12/01/2010 | JOYCE ALLEN |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

**Form 5500 (2009)**
v.092307.1

Form 5500 (2009) — Page **2**

| 3a | Plan administrator's name and address (if same as plan sponsor, enter "Same") | 3b | Administrator's EIN |
|---|---|---|---|

**3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")

SWISS RE AMERICA HOLDING CORPORATION

175 KING STREET
ARMONK, NY 10504-1606

**3b** Administrator's EIN
13-2761364

**3c** Administrator's telephone number
914-828-8506

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report:

**a** Sponsor's name

**4b** EIN

**4c** PN

| 5 | Total number of participants at the beginning of the plan year | 5 | 4575 |
|---|---|---|---|

**6** Number of participants as of the end of the plan year (welfare plans complete only lines **6a, 6b, 6c,** and **6d**).

| | | | |
|---|---|---|---|
| **a** | Active participants | **6a** | 3046 |
| **b** | Retired or separated participants receiving benefits | **6b** | 75 |
| **c** | Other retired or separated participants entitled to future benefits | **6c** | 1271 |
| **d** | Subtotal. Add lines **6a, 6b,** and **6c** | **6d** | 4392 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **6e** | 9 |
| **f** | Total. Add lines **6d** and **6e** | **6f** | 4401 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **6g** | 4270 |
| **h** | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **6h** | 96 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:

2E   2F   2G   2J   2K   2R

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

| **9a** | Plan funding arrangement (check all that apply) | **9b** | Plan benefit arrangement (check all that apply) |
|---|---|---|---|
| (1) | ☐ Insurance | (1) | ☐ Insurance |
| (2) | ☐ Code section 412(e)(3) insurance contracts | (2) | ☐ Code section 412(e)(3) insurance contracts |
| (3) | ☒ Trust | (3) | ☒ Trust |
| (4) | ☐ General assets of the sponsor | (4) | ☐ General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

**a Pension Schedules**

| (1) | ☐ | **R** (Retirement Plan Information) |
|---|---|---|
| (2) | ☐ | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary |
| (3) | ☐ | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary |

**b General Schedules**

| (1) | ☒ | **H** (Financial Information) |
|---|---|---|
| (2) | ☐ | **I** (Financial Information – Small Plan) |
| (3) | ___ | **A** (Insurance Information) |
| (4) | ☐ | **C** (Service Provider Information) |
| (5) | ☐ | **D** (DFE/Participating Plan Information) |
| (6) | ☐ | **G** (Financial Transaction Schedules) |

| **SCHEDULE D**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | **DFE/Participating Plan Information**<br><br>This schedule is required to be filed under section 104 of the Employee<br>Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2009**<br><br>**This Form is Open to Public<br>Inspection.** |
|---|---|---|

| For calendar plan year 2009 or fiscal plan year beginning 01/01/2008 | and ending 12/31/2008 |
|---|---|

**A** Name of plan
SWISS RE GROUP U.S. EMPLOYEES SAVINGS PLAN

**B** Three-digit
plan number (PN) ▶ 002

**C** Plan or DFE sponsor's name as shown on line 2a of Form 5500
SWISS RE AMERICA HOLDING CORPORATION

**D** Employer Identification Number (EIN)
13-2761364

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)**<br>(Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE: JPMORGAN LIQUIDITY FUND

**b** Name of sponsor of entity listed in (a): JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN 13-6285055-001 | **d** Entity<br>code C | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) 10040897 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE: BARCLAYS GLOBAL INVESTORS, N.A.

**b** Name of sponsor of entity listed in (a): MIDCAP EQUITY INDEX K

| **c** EIN-PN 94-3357214-001 | **d** Entity<br>code C | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) 10270420 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE: BARCLAYS GLOBAL INVESTORS, N.A.

**b** Name of sponsor of entity listed in (a): RUSSELL 2000 INDEX K

| **c** EIN-PN 94-3328661-001 | **d** Entity<br>code C | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) 13292895 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE: INVESCO STABLE VALUE TRUST

**b** Name of sponsor of entity listed in (a): INVESCO NATIONAL TRUST COMPANY

| **c** EIN-PN 84-1142974-001 | **d** Entity<br>code C | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) 0 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE: JPMORGAN INTERMEDIATE BOND FUND

**b** Name of sponsor of entity listed in (a): JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN 30-0224496-001 | **d** Entity<br>code C | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) 56379891 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
|---|---|---|

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Schedule D (Form 5500) 2009
v.092308.1

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

Schedule D (Form 5500) 2009                                    Page **3-** 1

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** |
|---|---|
| | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| SCHEDULE H (Form 5500) | **Financial Information** | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | **2009**<br><br>**This Form is Open to Public Inspection** |

| For calendar plan year 2009 or fiscal plan year beginning | 01/01/2008 | and ending | 12/31/2008 |
|---|---|---|---|

| **A** Name of plan<br>SWISS RE GROUP U.S. EMPLOYEES SAVINGS PLAN | **B** Three-digit<br>plan number (PN)  ▶ | 002 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>SWISS RE AMERICA HOLDING CORPORATION | **D** Employer Identification Number (EIN)<br><br>13-2761364 |
|---|---|

| **Part I** | **Asset and Liability Statement** |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ........................................... | **1a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
|   **(1)** Employer contributions ............................................ | **1b(1)** | 8673345 | 10480843 |
|   **(2)** Participant contributions ......................................... | **1b(2)** | | |
|   **(3)** Other.......................................................................... | **1b(3)** | 286585 | 251488 |
| **c** General investments: | | | |
|   **(1)** Interest-bearing cash (include money market accounts & certificates of deposit) ............................................ | **1c(1)** | 186538 | 515707 |
|   **(2)** U.S. Government securities ...................................... | **1c(2)** | | 317292 |
|   **(3)** Corporate debt instruments (other than employer securities): | | | |
|     **(A)** Preferred ............................................................ | **1c(3)(A)** | | |
|     **(B)** All other ............................................................. | **1c(3)(B)** | | |
|   **(4)** Corporate stocks (other than employer securities): | | | |
|     **(A)** Preferred ............................................................ | **1c(4)(A)** | | |
|     **(B)** Common ............................................................. | **1c(4)(B)** | | |
|   **(5)** Partnership/joint venture interests ......................... | **1c(5)** | | 3000 |
|   **(6)** Real estate (other than employer real property) ..... | **1c(6)** | | |
|   **(7)** Loans (other than to participants) ........................... | **1c(7)** | | |
|   **(8)** Participant loans ...................................................... | **1c(8)** | 5187790 | 5732600 |
|   **(9)** Value of interest in common/collective trusts............ | **1c(9)** | 88826076 | 89984103 |
|   **(10)** Value of interest in pooled separate accounts ........ | **1c(10)** | | |
|   **(11)** Value of interest in master trust investment accounts ...... | **1c(11)** | | |
|   **(12)** Value of interest in 103-12 investment entities ....... | **1c(12)** | | |
|   **(13)** Value of interest in registered investment companies (e.g., mutual funds)............................ | **1c(13)** | 274587549 | 194864535 |
|   **(14)** Value of funds held in insurance company general account (unallocated contracts)...................... | **1c(14)** | | |
|   **(15)** Other .......................................................................... | **1c(15)** | 1870806 | 5460486 |

Schedule H  (Form 5500) 2009                                    Page **2**

| 1d | Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|---|
| (1) | Employer securities | 1d(1) | 10728659 | 9528520 |
| (2) | Employer real property | 1d(2) | | |
| e | Buildings and other property used in plan operation | 1e | | |
| f | Total assets (add all amounts in lines 1a through 1e) | 1f | 390347348 | 317138574 |

## Liabilities

| g | Benefit claims payable | 1g | | |
|---|---|---|---|---|
| h | Operating payables | 1h | | 336655 |
| i | Acquisition indebtedness | 1i | | |
| j | Other liabilities | 1j | 241323 | 186305 |
| k | Total liabilities (add all amounts in lines 1g through1j) | 1k | 241323 | 522960 |

## Net Assets

| l | Net assets (subtract line 1k from line 1f) | 1l | 390106025 | 316615614 |
|---|---|---|---|---|

| **Part II** | **Income and Expense Statement** |
|---|---|

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| | Income | | **(a)** Amount | **(b)** Total |
|---|---|---|---|---|
| a | **Contributions:** | | | |
| (1) | Received or receivable in cash from: **(A)** Employers | 2a(1)(A) | 28282079 | |
| **(B)** | Participants | 2a(1)(B) | 29132271 | |
| **(C)** | Others (including rollovers) | 2a(1)(C) | 2962921 | |
| (2) | Noncash contributions | 2a(2) | | |
| (3) | Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** | 2a(3) | | 60377271 |
| b | **Earnings on investments:** | | | |
| (1) | Interest: | | | |
| **(A)** | Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | 47841 | |
| **(B)** | U.S. Government securities | 2b(1)(B) | 1168 | |
| **(C)** | Corporate debt instruments | 2b(1)(C) | | |
| **(D)** | Loans (other than to participants) | 2b(1)(D) | | |
| **(E)** | Participant loans | 2b(1)(E) | 384497 | |
| **(F)** | Other | 2b(1)(F) | | |
| **(G)** | Total interest. Add lines **2b(1)(A)** through **(F)** | 2b(1)(G) | | 433506 |
| (2) | Dividends: **(A)** Preferred stock | 2b(2)(A) | | |
| **(B)** | Common stock | 2b(2)(B) | | |
| **(C)** | Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | | |
| **(D)** | Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | 2b(2)(D) | | |
| (3) | Rents | 2b(3) | | |
| (4) | Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | 2b(4)(A) | -6853031 | |
| **(B)** | Aggregate carrying amount (see instructions) | 2b(4)(B) | -5965375 | |
| **(C)** | Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result | 2b(4)(C) | | -887656 |

Schedule H (Form 5500) 2009

Page **3**

| | | (a) Amount | (b) Total |
|---|---|---:|---:|
| **2b** **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate..................... | 2b(5)(A) | | |
| **(B)** Other ............................................................... | 2b(5)(B) | -1412373 | |
| **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)**.............................. | 2b(5)(C) | | -1412373 |
| **(6)** Net investment gain (loss) from common/collective trusts ................. | 2b(6) | | -13342512 |
| **(7)** Net investment gain (loss) from pooled separate accounts..................... | 2b(7) | | |
| **(8)** Net investment gain (loss) from master trust investment accounts ........... | 2b(8) | | |
| **(9)** Net investment gain (loss) from 103-12 investment entities ..................... | 2b(9) | | |
| **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds)..................... | 2b(10) | | -93428243 |
| **c** Other income.................................................. | 2c | | -1882590 |
| **d** Total income. Add all **income** amounts in column (b) and enter total..................... | 2d | | -50142597 |

### Expenses

| | | (a) Amount | (b) Total |
|---|---|---:|---:|
| **e** Benefit payment and payments to provide benefits: | | | |
| **(1)** Directly to participants or beneficiaries, including direct rollovers ............. | 2e(1) | 22793464 | |
| **(2)** To insurance carriers for the provision of benefits..................... | 2e(2) | | |
| **(3)** Other ............................................................. | 2e(3) | | |
| **(4)** Total benefit payments. Add lines **2e(1)** through **(3)**.................... | 2e(4) | | 22793464 |
| **f** Corrective distributions (see instructions)..................... | 2f | | 258075 |
| **g** Certain deemed distributions of participant loans (see instructions)................. | 2g | | |
| **h** Interest expense.................................................. | 2h | | |
| **i** Administrative expenses: **(1)** Professional fees ............................. | 2i(1) | 146531 | |
| **(2)** Contract administrator fees..................... | 2i(2) | | |
| **(3)** Investment advisory and management fees ..................... | 2i(3) | 101879 | |
| **(4)** Other ............................................................. | 2i(4) | 47865 | |
| **(5)** Total administrative expenses. Add lines **2i(1)** through **(4)**..................... | 2i(5) | | 296275 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total......... | 2j | | 23347814 |

### Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---:|---:|
| **k** Net income (loss). Subtract line **2j** from line **2d**........................ | 2k | | -73490411 |
| **l** Transfers of assets: | | | |
| **(1)** To this plan.................................................. | 2l(1) | | |
| **(2)** From this plan.................................................. | 2l(2) | | |

---

| **Part III** | **Accountant's Opinion** |
|---|---|

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

**(1)** ☐ Unqualified     **(2)** ☐ Qualified     **(3)** ☒ Disclaimer     **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?     ☒ Yes     ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

**(1)** Name: PRICEWATERHOUSECOOPERS, LLP     **(2)** EIN: 13-4000832

**d** The opinion of an independent qualified public accountant is **not attached** because:

**(1)** ☐ This form is filed for a CCT, PSA, or MTIA.     **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

Schedule H  (Form 5500) 2009                                              Page **4-** 1

| Part IV | Compliance Questions |

**4**  CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5.
103-12 IEs also do not complete 4j and 4l. MTIAs also do not complete 4l.

During the plan year:

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.)...... | 4a | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part I if "Yes" is checked.).................................................................. | 4b | | X | |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ............................ | 4c | | X | |
| d | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)............................ | 4d | | X | |
| e | Was this plan covered by a fidelity bond?........................................................................ | 4e | X | | 50000000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | 4f | | X | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ..................................... | 4g | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? ......... | 4h | | X | |
| i | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)............................................................... | 4i | X | | |
| j | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.).......................................................... | 4j | | X | |
| k | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC?.......................................................... | 4k | | X | |
| l | Has the plan failed to provide any benefit when due under the plan? ......................... | 4l | | | |
| m | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) | 4m | | | |
| n | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ............................. | 4n | | | |

**5a**  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?
If yes, enter the amount of any plan assets that reverted to the employer this year ............................  ☐ **Yes**  ☒ **No**  **Amount:**

**5b**  If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

# Swiss Re Group U.S. Employees' Savings Plan

**Financial Statements**
**December 31, 2008 and 2007**
**and Supplemental Schedule 2008**

# Swiss Re Group U.S. Employees' Savings Plan
## Index
**December 31, 2008 and 2007**

**Page(s)**

**Report of Independent Auditors**................................................................................................................. 1

**Financial Statements**

Statements of Net Assets Available for Benefits as of December 31, 2008 and 2007................................. 2

Statement of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2008 ......... 3

Notes to Financial Statements .............................................................................................................. 4–12

**Supplemental Schedule***

Schedule 1 – Schedule H, Line 4i - Schedule of Assets (Held at End of Year) .......................................... 13

*Note:  Supplemental schedules required by the Employee Retirement Income Security Act of 1974 that have not been included herein are not applicable to the Swiss Re Group U.S. Employees' Savings Plan.



**PricewaterhouseCoopers LLP**
PricewaterhouseCoopers Center
300 Madison Avenue
New York NY 10017
Telephone (646) 471 3000
Facsimile (813) 286 6000

### Report of Independent Auditors

To the Participants and Administrator of
Swiss Re Group U.S. Employees' Savings Plan

We were engaged to audit the financial statements and supplemental schedule of Swiss Re Group U.S. Employees' Savings Plan (the "Plan") at December 31, 2008 and 2007 and for the year ended December 31, 2008, as listed in the accompanying index. These financial statements and schedules are the responsibility of the Plan's management.

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the Plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 4, which was certified by JPMorgan Chase, the Trustee of the Plan, except for comparing such information with the related information included in the financial statements and supplemental schedule. We have been informed by the Plan administrator that JPMorgan Chase holds the Plan's investment assets and executes investment transactions. The Plan administrator has obtained a certification from JPMorgan Chase as of December 31, 2008 and 2007 and for the year ended December 31, 2008, that the information provided to the Plan administrator by JPMorgan Chase is complete and accurate.

Because of the significance of the information that we did not audit, we are unable to, and do not, express an opinion on the accompanying financial statements and schedule taken as a whole. The form and content of the information included in the financial statements and schedule, other than that derived from the information certified by JPMorgan Chase, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*PricewaterhouseCoopers LLP*

New York, New York
October 21, 2009

1

# Swiss Re Group U.S. Employees' Savings Plan
## Statements of Net Assets Available for Benefits
### December 31, 2008 and 2007

|  | 2008 | 2007 |
|---|---|---|
| **Assets** | | |
| Investments | | |
| Cash | $ 515,707 | $ 186,538 |
| Common stocks | 9,528,520 | 10,728,659 |
| Mutual funds | 194,864,535 | 274,587,549 |
| Common collective trusts | 90,384,863 | 88,826,076 |
| Brokerage window | 5,380,018 | 1,870,806 |
| Loans to participants | 5,732,600 | 5,203,667 |
| Total investments | 306,406,243 | 381,403,295 |
| Accrued interest and dividends | 223,302 | 145,662 |
| Receivable for securities sold | 28,186 | 140,923 |
| Receivable for additional annual contribution | 10,480,843 | 8,673,345 |
| Total assets | 317,138,574 | 390,363,225 |
| **Liabilities** | | |
| Corrective distribution payable | 336,655 | - |
| Payable for securities purchased | 159,028 | 155,788 |
| Other payable | 27,277 | 85,535 |
| Total liabilities | 522,960 | 241,323 |
| Net assets available for plan benefits, at fair value | 316,615,614 | 390,121,902 |
| Adjustment from fair value to contract value for investments in common collective trusts | 5,685,338 | 402,743 |
| Net assets available for plan benefits | $ 322,300,952 | $ 390,524,645 |

The accompanying notes are an integral part of the financial statements.

# Swiss Re Group U.S. Employees' Savings Plan
## Statement of Changes in Net Assets Available for Benefits
### For the Year Ended December 31, 2008

| | | |
|---|---|---:|
| **Investment income (loss)** | | |
| Interest and dividends | $ | 8,083,624 |
| Interest on loans to participants | | 384,497 |
| Net depreciation of fair value of investments | | (113,721,271) |
| Total investment income (loss) | | (105,253,150) |
| **Contributions** | | |
| Employee | | 32,095,192 |
| Employer, net of forfeitures | | 28,282,079 |
| Total contributions | | 60,377,271 |
| **Deductions from net assets attributable to** | | |
| Benefits paid to participants | | 22,793,464 |
| Corrective distributions | | 258,075 |
| Administrative expenses | | 296,275 |
| Total deductions | | 23,347,814 |
| | | |
| Net increase (decrease) in net assets | | (68,223,693) |
| **Net assets available for benefits** | | |
| Beginning of year | | 390,524,645 |
| End of year | $ | 322,300,952 |

The accompanying notes are an integral part of the financial statements.

# Swiss Re Group U.S. Employees' Savings Plan
## Notes to Financial Statements
### December 31, 2008 and 2007

**1.    Description of Plan**

**General**

The following brief description of the Swiss Re Group U.S. Employees' Savings Plan (the "Plan") is provided for general information purposes only. Participants should refer to the Plan document for more complete information.

The Plan is a defined contribution plan that is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"). The Plan is administered and controlled by the Board of Directors of Swiss Re America Holding Corporation ("SRAH"). As of December 31, 2008, the assets of the Plan are held in trust with JPMorgan Chase (the "Trustee"), a party-in-interest to the Plan.

The participating companies (the "Companies") in the Plan as of December 31, 2008 are as follows:

Conning & Company
First Specialty Insurance Corporation
FSIC Insurance Agency, LLC (formerly GE Insurance Solutions Agency, LLC)
Industrial Risk Insurers
North American Elite Insurance Company
North American Specialty Insurance Company
Swiss Reinsurance America Corporation
Swiss Re America Holding Corporation
Swiss Re Financial Products Corporation
Swiss Re Financial Services Corporation
Swiss Re Life & Health America Inc.
Swiss Re Private Equity Advisers Inc.
Swiss Re Underwriters Agency, Inc.
Westport Insurance Corporation

All participating companies in the Plan are U.S. incorporated subsidiaries or affiliates of Swiss Reinsurance Company of Zurich, Switzerland.

Significant amendments in 2008 and 2007 are as follows:

- Effective March 31, 2007, the Plan changed recordkeepers from Hewitt Associates to JP Morgan Chase.

- Effective March 31, 2007, the Plan changed trustees from The Bank of New York to JP Morgan Chase.

# Swiss Re Group U.S. Employees' Savings Plan
## Notes to Financial Statements
### December 31, 2008 and 2007

**Description of Plan (continued)**

**Contributions**

Eligible employees, as defined in the Plan document, may participate by electing to contribute from 1% to 50% of their base bi-weekly salary before-tax and from 1% to 15% after-tax. Before-tax contributions are limited by the IRS to $15,500 for 2008 and 2007. In addition, employees 50 years or older can contribute an additional $5,000 for 2008 and 2007. Employee contributions may be withdrawn subject to the limitations of the Plan.

The Companies match and contribute 100% of the employees' contributions up to 6% of their base bi-weekly salary.

U.S. regular full-time and part-time employees hired on or after July 1, 2005 are eligible to have an additional annual company contribution credited to their account under the Plan. These employees are eligible for the additional contribution even if they are not making pre-tax or after-tax contributions to the Plan.

- The additional annual contribution will be equal to 6% of base earnings payable during that year. The contribution is in addition to the company matching contribution made for employees who make pre-tax and/or after-tax contributions to the Plan. The prior year's contribution will be credited to the employee's account during the first quarter of the following year.

- An employee will be eligible to receive the contribution for a given year if:

    - He or she is actively employed on December 31 of that year, or

    - His or her employment terminated before the end of the year due to retirement, disability or death.

- The additional company contribution will be credited to a separate account under the Plan (separate from the company matching contribution).

- Employees may elect to have the additional company contribution invested in any of the available plan investment funds other than the Swiss Re Common Stock. Employees will not be permitted to take loans or withdrawals from the additional company contribution account.

**Participant Accounts**

Each participant's account is credited with the participant's contributions, the Companies' contributions, Plan earnings or losses (net of Plan expenses), and allocated forfeitures (when applicable). The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account balance.

# Swiss Re Group U.S. Employees' Savings Plan
## Notes to Financial Statements
### December 31, 2008 and 2007

### Description of Plan (continued)

#### Forfeitures

Employees who terminate employment with the Companies forfeit their nonvested portion of the company contributions and earnings thereon. The Companies utilize forfeitures of nonvested employer contributions to reduce contributions one pay period after the date of such forfeiture. In the event that no further contributions are required by the Companies, this amount will be allocated to all of the participants' accounts in the same proportion as the employer contributions applied to their respective accounts during the most recent plan year. During 2008, the Companies' contributions were reduced by $118,876 from forfeited nonvested accounts. The amount available to be used by the Companies was $504,229 at December 31, 2008. $204,039 in forfeitures were used to pay plan expenses, reinstate participant accounts, and for earnings activities that affect the plan in 2008.

#### Vesting

The Companies' contributions fully vest with the participant on the participant's attainment of three years of service. Employee contributions are fully vested at all times.

#### Payment of Benefits

An employee who terminates employment may withdraw all vested amounts in the Plan, or may elect to leave these amounts in the Plan until age 65. If, however, the vested account balance is $1,000 or less, the participant will be paid his or her account balance at termination. Participants may also elect to make in-service withdrawals on after-tax contributions subject to certain restrictions.

#### Loans to Participants

The Plan has a loan provision which enables an employee who has an account balance and is receiving a salary to borrow funds from his or her respective account and repay the loan, with interest, by salary deductions. Each loan must be for a minimum of $1,000, with the maximum loan being dependent on the balance in the account and certain other limitations, as set forth in the Plan document. The maximum loan cannot exceed $50,000. Also, the loan is limited to the lesser of that limitation or one-half of the vested account balance. General-purpose loans are repaid over a one to five year term while residential loans can be repaid over a one to ten year term. The interest rate on loans is equal to the prime interest rate in effect at the beginning of the month at the time the loan is established. The deduction for defaults on participants' loans in the Statement of Changes in Net Assets Available for Benefits can arise when an employee with an outstanding loan balance is no longer employed or is on unpaid leave and does not repay any outstanding loan balances. Loan defaults are treated as taxable distributions to the participants.

### 2.    Summary of Significant Accounting Policies

#### Basis of accounting

The financial statements have been prepared on the accrual basis of accounting.

#### Investments

The Plan's investments are stated at fair value. Quoted market prices are used to value Swiss Re common stock. Shares of mutual funds are valued at the net asset value of shares held by the Plan. Participant loans are valued at their outstanding balances including accrued interest, which approximate fair value. The Plan's interest in the collective trust is valued daily based on the net asset value reported by the investment advisor. Short-term investments are valued at amortized cost which approximates fair value.

## Swiss Re Group U.S. Employees' Savings Plan
### Notes to Financial Statements
### December 31, 2008 and 2007

**Summary of Significant Accounting Policies (continued)**

As described in Financial Accounting Standards Board (FASB) Staff Position, FSP AAG INV-1 and SOP 94-4-1, *Reporting of Fully Benefit-Responsive Investment Contracts Held by Certain Investment Companies Subject to the AICPA Investment Company Guide and Defined-Contribution Health and Welfare and Pension Plans (the FSP)*, investment contracts held by a defined-contribution plan are reported at fair value. However, contract value is the relevant measurement attribute for that portion of the net assets available for benefits of a defined-contribution plan attributable to fully benefit-responsive investment contracts because contract value is the amount participants would receive if they were to initiate permitted transactions under the terms of the plan. The Plan invests in investment contracts through a collective trust. As required by the FSP, the Statement of Net Assets Available for Benefits presents the fair value of the investment in the common collective trust as well as the adjustment of the investment in the common collective trust from fair value to contract value relating to the investment contracts. The Statement of Changes in Net Assets Available for Benefits is prepared on a contract value basis.

Purchases and sales of investments are reflected on a trade-date basis. Gains or losses on sales of investments are based on the average cost method.

Dividend income is recorded on the ex-dividend date. Interest income is recorded as earned.

Net appreciation in fair value of investments includes the realized gains or losses on investments sold during the year and unrealized gains or losses on investments held at the end of the year.

**Contributions**
Employee and employer matching contributions, determined in accordance with specified percentages of compensation set forth in the Plan, are recorded in the period in which the Companies make the payroll deductions from the employee's wages.

**Corrective Distributions**
For the year ended December 31, 2008, the Plan was required to make a corrective distribution to keep the Plan in compliance with certain compliance requirements pertaining to highly compensated employees who had over contributed in 2008. This distribution in the total amount of $336,655 will be paid by December 11, 2009, and is reflected as a liability in the financial statement.

**Benefits**
Benefits are recorded when paid.

**Expenses**
All administrative, trustee, and investment management expenses related to the operation of the Plan are paid from the Plan's assets except those that are disallowed by the Department of Labor which are paid by SRAH.

**Risks and Uncertainties**
The Plan provides for various investment options in investment securities. Investment securities are exposed to various risks, such as interest rate, market, and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances and the amounts reported in the Statements of Net Assets Available for Benefits.

# Swiss Re Group U.S. Employees' Savings Plan
## Notes to Financial Statements
### December 31, 2008 and 2007

**Summary of Significant Accounting Policies (continued)**

**Use of Estimates**

The preparation of financial statements in conformity with generally accepted accounting principles in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

**Recently Issued Accounting Standards**

In June 2006, FASB issued FASB Interpretation No. 48 ("FIN 48"), *Accounting for Uncertainty in Income Taxes*. On December 30, 2008, FASB issued FIN 48-4, *Effective Date of FASB Interpretation No. 48 for Certain Nonpublic Enterprises* ("FSP"), which allows the Plan to defer the adoption of FIN 48 to the annual periods beginning after December 15, 2008 and the Plan elected to do so. This interpretation prescribes a recognition threshold and measurement attribute for the financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return. The Plan administrator and the Plan's tax counsel believe that the Plan is designed and is currently being operated in compliance with the applicable requirements of the Internal Revenue Code ("IRC") (see Note 5). Accordingly, the adoption of FIN 48 is not expected to have a material impact on the Plan's net assets available for benefits or changes in net assets available for benefits.

**Fair Value Measurements**

In September 2006, the FASB issued Statement of Financial Accounting Standards ("SFAS") 157, *Fair Value Measurements*, which defines fair value, establishes a new framework for measuring fair value and expands disclosures about fair value measurements. Broadly, SFAS 157 defines fair value as the price that would be received for an asset or paid to transfer a liability (an exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date. SFAS 157 establishes market or observable inputs as the preferred source of values. SFAS 157 was adopted by the Plan for the year ended December 31, 2008.

The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1 measurements) and the lowest priority to unobservable inputs (level 3 measurements). The three levels of the fair value hierarchy under SFAS No. 157 are described below:

**Basis of Fair Value Measurement**

Level 1     Unadjusted quoted prices in active markets that are accessible at the measurement date for identical, unrestricted assets or liabilities;

Level 2     Quoted prices in markets that are not considered to be active or financial instruments for which all significant inputs are observable, either directly or indirectly;

Level 3     Prices or valuations that require inputs that are both significant to the fair value measurement and unobservable.

As required by SFAS No. 157, assets and liabilities are classified in their entirety based on the lowest level of input that is significant to the fair value measurement.

# Swiss Re Group U.S. Employees' Savings Plan
## Notes to Financial Statements
### December 31, 2008 and 2007

### Summary of Significant Accounting Policies (continued)

The following table sets forth by level within the fair value hierarchy the Plan's investments at fair value, as of December 31, 2008.

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Cash | $ 515,707 $ | - $ | - $ | 515,707 |
| Mutual funds | 194,864,535 | - | - | 194,864,535 |
| Common stocks | - | 9,528,520 | - | 9,528,520 |
| Common collective trusts | - | 90,384,863 | - | 90,384,863 |
| Brokerage window | 1,552,560 | 3,827,458 | - | 5,380,018 |
| Loans to participants | - | - | 5,732,600 | 5,732,600 |
| Total | $ 196,932,802 $ | 103,740,841 $ | 5,732,600 $ | 306,406,243 |

### Level 3 Gains and Losses

The table below sets forth a summary of changes in the fair value of the Trust's level 3 investment assets for the year ended December 31, 2008:

|  | Level 3 Assets Year Ended December 31, 2008 |
|---|---|
|  | Participant Loans |
| Balance, beginning of year | $ 5,203,667 |
| New loans, principal loan payments and defaults | 528,933 |
| Balance, end of year | $ 5,732,600 |

# Swiss Re Group U.S. Employees' Savings Plan
## Notes to Financial Statements
### December 31, 2008 and 2007

**3.    Investments**

The following table presents the fair values of investments as of December 31, 2008 and 2007.

|  | 2008 | 2007 |
|---|---|---|
| **Common stocks** | | |
| Swiss Re registered shares | $      9,528,520 | $    10,728,659 |
| Total common stocks | 9,528,520 | 10,728,659 |
| **Mutual funds** | | |
| American Growth Fund of America*,** | | |
| (formerly The Growth Fund of America) | 28,738,311 | 48,767,001 |
| American Funds EuroPacific Growth* (formerly | | |
| the Europacific Growth Fund) | 33,502,495 | 58,733,481 |
| Dodge & Cox Stock Fund*,** | 30,575,001 | 55,601,916 |
| JP Morgan SmartRet Income | 1,581,782 | 1,259,395 |
| JP Morgan SmartRet 2010 | 1,808,494 | 1,491,958 |
| JP Morgan SmartRet 2015 | 2,985,774 | 4,224,859 |
| JP Morgan SmartRet 2020 | 3,660,023 | 4,016,083 |
| JP Morgan SmartRet 2030 | 2,860,630 | 2,843,773 |
| JP Morgan SmartRet 2040 | 2,174,228 | 2,059,212 |
| PIMCO Total Return Fund*,** | 46,806,913 | 36,164,728 |
| Vanguard Institutional Index*,** (formerly the | | |
| Vanguard S&P 500) | 40,170,884 | 59,425,143 |
| Total mutual funds | 194,864,535 | 274,587,549 |
| **Common collective trusts** | | |
| Invesco Stable Value Trust* (formerly Primco | | |
| IRT Stable Value Fund) | - | 57,274,250 |
| JPM Stable Value Fund * | 66,821,548 | - |
| Barclays Global Inv Midcap Equity Index K | | |
| (formerly the BGI S&P 400) | 10,270,420 | 11,995,507 |
| Barclays Global Inv Russell 2000 Index | | |
| (formerly the BGI Russell 2000) | 13,292,895 | 19,556,319 |
| Total common collective trusts | 90,384,863 | 88,826,076 |
| **Brokerage window** | | |
| Brokerage window | 5,380,018 | 1,870,806 |
| Total brokerage window investments | 5,380,018 | 1,870,806 |
| Cash | 515,707 | 186,538 |
| Loans to participants | 5,732,600 | 5,203,667 |
| **Total Investments** | $  306,406,243 | $   381,403,295 |

Investments that represent 5% or more of the Plan's net assets in 2008 are separately identified by *.  For 2007 they are separately identified by **.

# Swiss Re Group U.S. Employees' Savings Plan
## Notes to Financial Statements
### December 31, 2008 and 2007

**4.    Certified Financial Data**

The following is a summary of the information as of December 31, 2008 and 2007, and for the years then ended that was certified by the Trustees as complete and accurate in accordance with Section 2520.103-5 of the Department of Labor's Rules and Regulations for Reporting and Disclosures under ERISA.

|  | 2008 | 2007 |
|---|---|---|
| Common stocks | $    9,469,697 | $    10,728,141 |
| Mutual funds | 194,790,757 | 274,564,454 |
| Common collective trusts (contract value) | 96,053,279 | 89,237,567 |
| Cash | 515,707 | 186,538 |
| Loans to participants | 5,732,600 | 5,203,667 |
| Brokerage window | 5,380,018 | 1,870,806 |

|  | 2008 |
|---|---|
| Interest and dividends | $    8,083,624 |
| Interest on loans to participants | 384,497 |
| Net appreciation (depreciation) in fair value of investments | (113,721,271) |

During 2008, the Plan's investments, including investments bought and sold during the year and those held at the end of the year, depreciated by ($113,721,271) as follows:

|  | 2008 |
|---|---|
| Common stock | $    (2,336,717) |
| Brokerage window | (980,620) |
| Common collective trusts | (9,884,658) |
| Mutual funds | (100,519,276) |
| Net appreciation (depreciation) | (113,721,271) |

The information contained in the supplemental schedule is also certified by the Trustee.

**5.    Federal Tax Status**

On October 10, 2002, the Internal Revenue Service issued a favorable determination letter advising that the Plan and Trust, as amended, qualified under Sections 401(a) and 501(a) of the Internal Revenue Code ("IRC"). The Plan has been amended since receipt of the determination letter. However, the Plan Administrator believes that the Plan is designed to be, and is currently being operated, in compliance with the applicable requirements of the IRC. Accordingly, no provision for income taxes is made in the accompanying financial statements.

# Swiss Re Group U.S. Employees' Savings Plan
## Notes to Financial Statements
### December 31, 2008 and 2007

**6.    Plan Termination**

While the Companies have not expressed any intent to terminate the Plan, they reserve the right to do so at any time. In the event of Plan termination, Plan assets will be available for the exclusive benefit of participants, and the Companies' contributions will vest immediately.

**7.    Related Party Transactions**

The Plan invests in Swiss Reinsurance Company Registered shares. At December 31, the Plan owned 147,182 registered shares of Swiss Reinsurance Company at a cost of $13,201,847 and fair value of $9,528,520. The Plan paid fees of $48,489 to Hewitt Associates in 2008. The Plan paid fees of $116,411 to JP Morgan Chase in 2008.

**8.    Reconciliation of Financial Statements to Form 5500**

The following is a reconciliation of net assets available for benefits from the Plan's financial statements to Form 5500:

|  |  | 2008 | 2007 |
|---|---|---|---|
| Net assets available for benefits per the financial statements | $ | 322,300,952 $ | 390,524,645 |
| Less: Deemed distributions (loans) |  | - | (15,877) |
| Less: Adjustment from contract value to fair value |  | (5,685,338) | (402,743) |
| Net assets per Form 5500 | $ | 316,615,614 $ | 390,106,025 |

The following is a reconciliation of investment income per the financial statements to the Form 5500:

|  |  | 2008 |
|---|---|---|
| Total investment income per financial statements | $ | (105,253,150) |
| Add: Deemed distributions (loans) prior year |  | 15,877 |
| Less: Adjustment from contract value to fair value |  | (5,282,595) |
| Total investment income per Form 5500 | $ | (110,519,868) |

# Swiss Re Group U.S. Employees' Savings Plan
## Schedule H, Line 4i, Schedule of Assets (Held at End of Year)
### December 31, 2008
Schedule I

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description | (d) Cost | (e) Current value |
|---|---|---|---|---|
| *  Other   CISC | | Brokerage Window | ** | $   5,380,018 |
| | Total brokerage window | | ** | 5,380,018 |
| *  Swiss Reinsurance Company | | Common Stock | ** | 9,528,520 |
| | Total Common Stock | | ** | 9,528,520 |
| | American Growth Funds of America | Mutual Fund | ** | 28,738,311 |
| | American Funds EuroPacific Growth | Mutual Fund | ** | 33,502,495 |
| | Dodge & Cox Stock Fund | Mutual Fund | ** | 30,575,001 |
| *  | JP Morgan SmartRet Income | Mutual Fund | ** | 1,581,782 |
| *  | JP Morgan SmartRet 2010 | Mutual Fund | ** | 1,808,494 |
| *  | JP Morgan SmartRet 2015 | Mutual Fund | ** | 2,985,774 |
| *  | JP Morgan SmartRet 2020 | Mutual Fund | ** | 3,660,023 |
| *  | JP Morgan SmartRet 2030 | Mutual Fund | ** | 2,860,630 |
| *  | JP Morgan SmartRet 2040 | Mutual Fund | ** | 2,174,228 |
| | PIMCO Total Return Fund | Mutual Fund | ** | 46,806,913 |
| | Vanguard Institutional Index | Mutual Fund | ** | 40,170,884 |
| | Total Mutual Funds | | ** | 194,864,535 |
| | Barclays Global Investments Russell 2000 Index | Common Collective | ** | 13,292,895 |
| | Barclays Global Investments Mid Cap Equity Index K | Common Collective | ** | 10,270,420 |
| *  | JPM Stable Value Fund | Common Collective | ** | 66,821,548 |
| | Total Common Collective Trust | | | 90,384,863 |
| | Cash | | | 515,707 |
| *  | Loans to participants | 1-20 years maturity with interest rates ranging from 4% to 8.25% | | 5,732,600 |
| | Total Assets Held for Investment Purposes | | | $   306,406,243 |

·    Represents a party-in-interest to the Plan as defined by ERISA.

··   Cost information is not required for participant-directed investments and, therefore, is not included.

The numbers in this schedule do not include the fair value adjustment to contract value.

This Schedule has been certified as complete and accurate by the Trustee.

13

13-ALC-2015037/PH 0512-08323.REV

| SCHEDULE C<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974.<br><br>▶ File as an attachment to Form 5500. | Official Use Only<br>OMB No. 1210-0110<br><br>**2008**<br><br>This Form is Open to<br>Public Inspection. |

For calendar plan year 2008 or fiscal plan year beginning _____ , _____ and ending _____ , _____

| **A** Name of plan<br>SWISS RE GROUP U.S. EMPLOYEES SAVINGS PLAN | **B** Three-digit<br>plan number ▶ | 002 |

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>SWISS RE AMERICA HOLDING CORPORATION | **D** Employer Identification Number<br>13-2761364 |

### Part I Service Provider Information (see instructions)

**1** Enter the total dollar amount of compensation paid by the plan to all persons, other than those
listed below, who received compensation during the plan year: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**      0

**2** On the first item below list the contract administrator, if any, as defined in the instructions. On the other items, list service providers in
descending order of the compensation they received for the services rendered during the plan year. List only the top 40. 103–12 IEs should
enter N/A in (c) and (d).

| **(a)** Name | **(b)** Employer<br>identification<br>number (see<br>instructions) | **(c)** Official plan<br>position |
|---|---|---|
| | | Contract administrator |

| **(d)** Relationship to employer,<br>employee organization, or<br>person known to be a<br>party-in-interest | **(e)** Gross salary<br>or allowances<br>paid by plan | **(f)** Fees and<br>commissions<br>paid by plan | **(g)** Nature of<br>service code(s)<br>(see instructions) |
|---|---|---|---|
| | | | 12 |

| **(a)** Name | **(b)** Employer<br>identification<br>number (see<br>instructions) | **(c)** Official plan<br>position |
|---|---|---|
| JPMORGAN INVESTMENT MANAGEMENT | 13-3200244 | INVESTMENT ADVISOR |

| **(d)** Relationship to employer,<br>employee organization, or<br>person known to be a<br>party-in-interest | **(e)** Gross salary<br>or allowances<br>paid by plan | **(f)** Fees and<br>commissions<br>paid by plan | **(g)** Nature of<br>service code(s)<br>(see instructions) |
|---|---|---|---|
| NONE | | 101879 | 21 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.     v11.3     **Schedule C (Form 5500) 2008**



1 0 0 8 6 0 0 1 0 G

Schedule C (Form 5500) 2008 — Page **2**

Official Use Only

| **(a)** Name | **(b)** Employer identification number (see instructions) | **(c)** Official plan position | |
|---|---|---|---|
| NEW ENGLAND PENSION CONSULTANTS | 04-2927339 | CONSULTING | |
| **(d)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(e)** Gross salary or allowances paid by plan | **(f)** Fees and commissions paid by plan | **(g)** Nature of service(s) (see instructions) |
| NONE | | 77785 | 17 |

| **(a)** Name | **(b)** Employer identification number (see instructions) | **(c)** Official plan position | |
|---|---|---|---|
| PRICEWATERHOUSECOOPERS | 13-4000832 | AUDITING | |
| **(d)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(e)** Gross salary or allowances paid by plan | **(f)** Fees and commissions paid by plan | **(g)** Nature of service code(s) (see instructions) |
| NONE | | 35347 | 10 |

| **(a)** Name | **(b)** Employer identification number (see instructions) | **(c)** Official plan position | |
|---|---|---|---|
| HEWITT ASSOCIATES | 36-2235791 | ADMINISTRATION | |
| **(d)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(e)** Gross salary or allowances paid by plan | **(f)** Fees and commissions paid by plan | **(g)** Nature of service code(s) (see instructions) |
| NONE | | 33399 | 13 |



1 0 0 8 6 0 0 2 0 H

EIN 13-2701384 / PN 002 / 139413.RF8

Schedule C (Form 5500) 2008

Page **2**

Official Use Only

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position | |
|---|---|---|---|
| CISC BROKERAGE | 13-3538956 | BROKER | |
| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
| NONE | | 33333 | 15 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position | |
|---|---|---|---|
| JPMORGAN RPS | 71-0930784 | RECORDKEEPING | |
| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
| NONE | | 14532 | 24 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position | |
|---|---|---|---|
| | | | |
| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
| | | | |



1 0 0 8 6 0 0 2 0 H

Schedule C (Form 5500) 2008

Page **3**

Official Use Only

| Part II | Termination Information on Accountants and Enrolled Actuaries (see instructions) |

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____

**(a)** Name _____ **(b)** EIN _____

**(c)** Position _____

**(d)** Address _____

**(e)** Telephone No. _____

Explanation: _____
_____
_____



1 0 0 8 6 0 0 3 0 1

| SCHEDULE R (Form 5500) Department of the Treasury Internal Revenue Service Department of Labor Employee Benefits Security Administration Pension Benefit Guaranty Corporation | **Retirement Plan Information** This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code). ▶ **File as an Attachment to Form 5500.** | Official Use Only OMB No. 1210-0110 **2008** **This Form is Open to Public Inspection** |
|---|---|---|

For calendar year 2008 or fiscal plan year beginning _____ , _____ and ending _____ , _____

| **A** Name of plan SWISS RE GROUP U.S. EMPLOYEES SAVINGS PLAN | **B** Three-digit plan number ▶ 002 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500 SWISS RE AMERICA HOLDING CORPORATION | **D** Employer Identification Number 13-2761364 |

| Part I | **Distributions** |
|---|---|

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1** $

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the plan year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits). ___43-6389220___ _____

Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**

| Part II | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? . . . . . . . . . . ☐ Yes ☐ No ☒ N/A

If the plan is a defined benefit plan, go to line 7.

**5** If a waiver of the minimum funding standard for a prior plan year is being amortized in this plan year, see instructions, and enter the date of the ruling letter granting the waiver . . . . . . . . . . . . . ▶ Month_____ Day_____ Year_____

If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.

**6a** Enter the minimum required contribution for this plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6a** $

**b** Enter the amount contributed by the employer to the plan for this plan year . . . . . . . . . . . . . . . . . . . . . . . **6b** $

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6c** $

If you completed line 6c, skip lines 7 and 8 and complete line 9.

**7** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change?. . ☐ Yes ☐ No ☐ N/A

| Part III | **Amendments** |
|---|---|

**8** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box(es). If no, check the "No" box. (See instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Increase ☐ Decrease ☐ No

| Part IV | **Coverage (See instructions.)** |
|---|---|

**9** Check the box for the test this plan used to satisfy the coverage requirements . . . . ☒ ratio percentage test ☐ average benefit test

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v11.3    Schedule R (Form 5500) 2008

2 2 0 8 6 0 0 1 0 J