**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RUDASILL ET AL** | |
| **Plaintiff,** | **25-CV-1403 (ALC)** |
| -against- | **ORDER** |
| **SWISS RE AMERICAN HOLDINGS CORPORATION ET AL** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to participate in a telephonic conference on March 26, 2026 at 10 AM. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#).

**SO ORDERED.**

Dated: March 25, 2026
     New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**