UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NIA RUDASILL, et al.,

                        Plaintiffs,

            -against-

SWISS RE AMERICAN HOLDING CORP., et al.,

                     Defendants.

------------------------------------------------------------------x

                               25-CV-01403 (ALC) (VF)

                                   **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to meet and confer and complete a Proposed Case Management

Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **April 21, 2026**.

Counsel who disagree about the dates or other terms of the proposed schedule shall submit a

joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **April 21,**

**2026.**

      **SO ORDERED.**

DATED:     New York, New York
             March 31, 2026

                           _____
                           VALERIE FIGUEREDO
                           United States Magistrate Judge